FILED
MAY - 5 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:21CR290 JAR/SRW |
| ) | |
| WILLIAM DAHL and ) | |
| JENNIFER HUDDLESTON, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

    (b) "sexually explicit conduct" to mean actual or simulated

    (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse, or

(v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device.  (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about February 1, 2019, and on or about March 31, 2021, in the Eastern District of Missouri, and elsewhere,

**WILLIAM DAHL and JENNIFER HUDDLESTON,**

the Defendants, while aiding and abetting each other, herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "M", to engage in sexually explicit conduct, specifically, **WILLIAM DAHL and JENNIFER HUDDLESTON** produced a video of "M" where JENNIFER HUDDLESTON is masturbating and touching her vagina near "M" and then touches "M's" face, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: a video of JENNIFER HUDDLESTON masturbating herself and touching the face of "M", and such depiction was produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a cell phone and Facebook messenger. In violation of Title 18, United States Code, Section 2251.

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2018, and on or March 31, 2021, in the Eastern District of Missouri, and elsewhere,

**WILLIAM DAHL**,

the defendant herein, did knowingly receive a video of child pornography over the internet, a means or facility of interstate commerce, and the video was a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of a minor engaging in sexually explicit conduct, including but not limited to the following:

   1. unified_message_2022977407859096.mp4 – a video file of minor child "S" dancing naked in a lascivious display of her genitals.

In violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney