UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT - 6 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:21CR0290 JAR (SRW) ) |
| WILLIAM DAHL and JENNIFER HUDDLESTON, | ) ) ) |
| Defendants. | ) ) |

**SUPERSEDING INDICTMENT**

**COUNT I**

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

    (b) "sexually explicit conduct" to mean actual or simulated

    (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse, or

    (v) lascivious exhibition of the genitals or pubic area of any person (18

    U.S.C. §2256(2)(A)); and

(c)  "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d)  "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A)  the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C)  such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2.  The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3.  Between on or about October 1, 2007, and October 31, 2007, in the Eastern District of Missouri, and elsewhere,

**WILLIAM DAHL,**

the Defendant, herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "C," to engage in sexually explicit conduct, specifically, **WILLIAM DAHL,** produced an image

2

file, that in part, shows minor child "C's" genitals being penetrated by a penis and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: an image file of "C's" gentials being penetrated, and such depiction was produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a cell phone and email account.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2018, and on or March 31, 2021, in the Eastern District of Missouri, and elsewhere,

**WILLIAM DAHL,**

the defendant herein, did knowingly receive a video of child pornography over the internet, a means or facility of interstate commerce, and the video was a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of a minor engaging in sexually explicit conduct, including but not limited to the following:

1. chat~media_v4~2020-12-20-07-27-51UTC~swilson7423~wdahl40~unsaved~b~EiwSFVNBaWJENnp6NjVZVFdabzlFOFM5MRoAGgAiBgj3tp-ABjIBA0gCUARgAQ~v4.mp4 – a video file file of minor child "S" dancing naked in a lascivious display of her genitals.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT III

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2019, and on or March 31, 2021, in the Eastern District of Missouri, and elsewhere,

**WILLIAM DAHL,**

the defendant herein, did knowingly receive an image of child pornography over the internet, a means or facility of interstate commerce, and the image was a visual depiction that involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of a minor engaging in sexually explicit conduct, including but not limited to the following:

1. Event Number - 6771791843596084694.0 – an email screenshot depicting a graphic image of an minor child in a lascisius display of her genitals with fingers touching the genitals.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT IV

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about February 1, 2019, and on or about March 31, 2021, in the Eastern District of Missouri, and elsewhere,

**JENNIFER HUDDLESTON,**

the Defendant, herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "M," to engage in sexually explicit conduct, specifically, JENNIFER HUDDLESTON produced a video of "M" where JENNIFER HUDDLESTON is masturbating and touching her vagina near "M" and then touches "M's" face, and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: a video of JENNIFER HUDDLESTON masturbating herself and touching the face of "M", and such depiction was produced using materials that had been mailed, shipped, or transported in interstate and foreign commerce, i.e., a cell phone.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT V

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about September 1, 2019, and on or about March 31, 2021, in the Eastern District of Missouri, and elsewhere,

**JENNIFER HUDDLESTON,**

the Defendant, herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor, "M," to engage in sexually explicit conduct, specifically, JENNIFER HUDDLESTON produced an image of "M" where JENNIFER HUDDLESTON is touching "M's" genitals and said sexually explicit conduct was for the purpose of producing a visual depiction of such conduct, to wit: an image of JENNIFER HUDDLESTON touching the genitals of "M," and such depiction was produced using materials that had been mailed, shipped, or transported in interstate and foreign

commerce, i.e., a cell phone.

In violation of Title 18, United States Code, Section 2251(a) and punishable under Title 18, United States Code, Section 2251(e).

## COUNT VI

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2015, and September 17, 2015, in the Eastern District of Missouri, and elsewhere,

**JENNIFER HUDDLESTON**,

the defendant herein, did knowingly possess material that contains images and videos of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, a cell phone, that was produced outside of Missouri and therefore has traveled in interstate and foreign commerce, and said cell phone contained child pornography, including but not limited to the following:

1. "-2534166483822196332.0" – a graphic image file that depicts a minor infant child in a lascivious display of the infant's genitals;

2. "33da9fb7d81d641b3ddd7f689a73ccaf74784b9ceed706ef883bca8c7fccb06a.0" – a graphic image file that depicts an infant-aged minor child with a penis in the infant's mouth;

3. "619.jpg"- a graphic image file that depicts a penis penetrating an minor female infant.

6

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney


_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney